### A. LUÈCKE V. THE STATE.

No. 8550.   Decided March 26, 1924.

Rehearing denied April 24, 1924.

**Rape—Practice on Appeal.**

Where, upon appeal from a conviction of rape, the record is without bills of exception or statement of facts, the judgment below must be affirmed.

Appeal from the District Court of Wichita. Tried below before the Honorable H. R. Wilson.

Appeal from a conviction of rape; penalty, ten years imprisonment in the penitentiary.

*Shields Heyser,* for appellant.

*Tom Garrard,* Attorney for the State, and *Grover C. Morris,* Assistant Attorney for the State.

HAWKINS, JUDGE.—Conviction is for rape with punishment assessed at confinement in the penitentiary for ten years.

The record is before us without bills of exception or statement of facts. In this condition nothing is presented for review.

The judgment is' affirmed.

*Affirmed.*

[Rehearing denied April 24, 1924. Reporter.]